*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff
Timeless Production FZ LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>    Plaintiff,<br><br>        v.<br><br>**KEVIN BYRNE, DIRECTOR, TUBESTER LTD,** AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL **LORD GIZMO**, **MIGHTY MACHINES AND DOES 1-10, INCLUSIVE.**<br>        Defendant. | **Case No.: 5:25-cv-07992-NW** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Timeless Production FZ LLC voluntarily dismisses without prejudice the above-entitled action against Defendant Kevin Byrne, Director, Tubester Ltd. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

**Dated**: April 18, 2026                    By:  /s/ Mohamed Othmane Samie

                                Mohamed Othmane Samie (CSBN: 344269)
                                Counsel for Timeless Production FZ LLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 18, 2026, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically. No counsel of record has appeared on behalf of Defendant in this action; accordingly, no service on opposing counsel is required.

By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE