AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E..**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court<br>Northern District of California |
|---|---|
| DOCKET NO.<br>5:25-cv-7992    DATE FILED<br>9/22/2025 | |

| PLAINTIFF<br>TIMELESS PRODUCTION FZ LLC | DEFENDANT<br>KEVIN BYRNE, DIRECTOR, TUBESTER LTD, AN INDIVIDUAL MANAGING THE YOUTUBE CHANNELS LORD GIZMO AND MIGHTY MACHINES, AND DOES 1–10, INCLUSIVE. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Please see **ATTACHMENT A** | Please see **ATTACHMENT A** | Please see **ATTACHMENT A** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK<br>*anne Fedunak* | DATE<br>April 21, 2026 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Print**   **Save As...**   **Reset**

**ATTACHMENT-A**

**List of registered works infringed by the Defendants**

| | Copyright Registration Number | Title of Work | Author or Work |
|---|---|---|---|
| 1 | VA0002460473 | Title: Crazy Way they Produce Billion of Matches Every Year<br><br>https://youtu.be/c8YUuYFPK_0 | Timeless Production FZ LLC |
| 2 | PA0002499410 | Title: Let's Blast! – Rare Look Inside an Open-pit Blasting Process<br><br>https://youtu.be/9wnDBLifDB4 | Timeless Production FZ LLC |
| 3 | PA0002495258 | Title: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | Timeless Production FZ LLC |
| 4 | PA0002521727 | Title: How They Harvest Tons of Fresh Salt by Hand<br><br>https://youtu.be/wURzUrXBwNY | Timeless Production FZ LLC |
| 5 | VA0002460464 | Title: Inside Factories Producing Massive Revolutionary Engine for the World's Largest Ships.<br><br>https://youtu.be/7_XtF65C0cI | Timeless Production FZ LLC |

Print     Save As...     Reset